ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/13/2025 2:24 PM
CHRISTOPHER A. PRINE
CLERK



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/13/2025 2:24:25 PM
CHRISTOPHER A. PRINE
Clerk

March 13, 2025

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:    15-24-00081-CV; *City of Dallas v. Ken Paxton, Attorney General of Texas, and The Dallas Morning News, Inc.*; Fifteenth Court of Appeals, Austin, Texas.

Dear Mr. Prine:

In response to your letter regarding oral argument, I am notifying you that the Office of the Attorney General (OAG) intends to waive oral argument in the above matter because the OAG did not file a brief in this case.

Sincerely,

/s/ *Kathy Johnson*
**KATHY JOHNSON**
Assistant Attorney General
Texas State Bar No. 24126964
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4164
Facsimile: (512) 320-0167
kathy.johnson@oag.texas.gov

ATTORNEY FOR APPELLEE ATTORNEY GENERAL

Cc:    Thomas J. Williams; via e-file
       William R. Pillifant; via e-file
       Nicholas D. Palmer; via e-file

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christian Young on behalf of Kathy Johnson
Bar No. 24126964
christian.young@oag.texas.gov
Envelope ID: 98431181
Filing Code Description: Letter
Filing Description: OAG Letter regarding Oral Argument
Status as of 3/13/2025 2:39 PM CST

Associated Case Party: KenPaxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 3/13/2025 2:24:25 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 3/13/2025 2:24:25 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 3/13/2025 2:24:25 PM | SENT |

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 3/13/2025 2:24:25 PM | SENT |

Associated Case Party: The Dallas Morning News, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas J.Williams | | thomas.williams@haynesboone.com | 3/13/2025 2:24:25 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 3/13/2025 2:24:25 PM | SENT |